**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Darrell P. VENDETTI, Defendant–Appellant.**

No. 06–51333
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

June 28, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Thomas Clayton West, Dunnam & Dunnam, Waco, TX, for Defendant–Appellant.

Before JOLLY, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

Darrell P. Vendetti pleaded guilty to count 1 of an indictment charging him with

possession of child pornography and was sentenced under the advisory guidelines to a 120–month term of imprisonment and to a three-year period of supervised release. He was ordered to pay a $1,000 fine. Vendetti gave timely notice of his appeal.

Vendetti contends that the district court should have reduced his offense level because he accepted responsibility for his criminal conduct, notwithstanding the district court's finding that the offense level should be increased because Vendetti obstructed justice by destroying evidence. Vendetti has not shown that the district court's determination, that his case does not present extraordinary circumstances making such an adjustment appropriate, was without foundation. *See* U.S.S.G. § 3E1.1, comment. (n.4); *United States v. Washington,* 340 F.3d 222, 227 (5th Cir. 2003); *United States v. Chung,* 261 F.3d 536, 540 (5th Cir.2001). The judgment is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.